## VISOR v. STATE.
### No. 24761.

Court of Criminal Appeals of Texas.
May 10, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The offense is unlawfully selling and delivering whisky in a dry area; the punishment, a fine of $100.

The record is before us without a statement or bills of exception.

The judgment of the trial court is affirmed.

Opinion approved by the Court.